UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
 :    GOVERNMENT'S FORFEITURE
UNITED STATES OF AMERICA          BILL OF PARTICULARS
 :
    - v. -                                 15 Cr. 611 (AJN)
 :
BENJAMIN WEY,
   a/k/a "Benjamin Wei,"             :
   a/k/a "Tianbing Wei," and
SEREF DOGAN ERBEK,               :
   a/k/a "Dogan Erbek,"
 :
         Defendants.
 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses described in Counts One through Eight of the Indictment, as alleged in the Forfeiture Allegations and/or the Substitute Assets Provision in the Indictment, includes but is not limited to the following:

        a.    All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as 10 West Street, Unit PH 1B, New York, New York 10004, more particularly described as Block 16, Lot 9110, Unit PH 1B of the real property records of New York County, New York; and

    b.    All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known and described as 10 West Street, Unit 37E, New York, New York 10004, more particularly described as Block 16, Lot 9107, Unit 37E of the real property records of New York County, New York.

Dated: New York, New York
September 11, 2015

    Respectfully submitted,

    PREET BHARARA
    United States Attorney


By: _____/s/_____
    ANDREW C. ADAMS
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, New York 10007
    Telephone: (212) 637-2340