# haynesboone

Direct Phone Number: (212) 659-4995
Direct Fax Number: (212) 884-8230
david.siegal@haynesboone.com

September 25, 2015

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 8 2015
```

**Via ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Benjamin Wey, et al.*, 15-CR-0611 (AJN) (FM)

Dear Judge Nathan:

I appeared before Your Honor on behalf of the defendant Benjamin Wey in the above-referenced case on September 15, 2015. Mr. Wey's current bail conditions are electronic GPS monitoring and a curfew status that requires Mr. Wey to be inside his apartment between the hours of 9 p.m. and 6 a.m.

Some time ago, Mr. Wey's wife purchased tickets for Mr. Wey, Mrs. Wey and their children to attend a performance of the New York City Ballet at Lincoln Center on the evening of Tuesday September 29, 2015. The performance is scheduled to conclude after 9 p.m.

I respectfully request that Mr. Wey be permitted to remain outside his apartment later than 9 p.m. on September 29 for the purpose of attending the ballet. I have raised the issue with Pretrial Services, who has no objection, and the Government informed me they defer to the judgment of Pretrial Services, but as Pretrial Services points out, the Court's approval is required.

*So ordered.*

Thank you for your consideration.

Respectfully submitted,

David Siegal

cc: Counsel of record (via ECF)

**SO ORDERED:** 9/28/15

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Haynes and Boone, LL
Attorneys and Counselo
30 Rockefeller Plaza, 26th Flo
New York, New York 1011
Phone: 212.659.730
Fax: 212.918.898

15387957_1