# haynesboone

Direct Phone Number: (212) 659-4995
Direct Fax Number: (212) 884-8230
david.siegal@haynesboone.com

October 15, 2015

**Via ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Benjamin Wey, et al.*, 15-CR-0611 (AJN) (FM)

Dear Judge Nathan:

On September 15, 2015, at the initial pretrial conference in the above-referenced case before Your Honor, I entered a limited appearance on behalf of the defendant Benjamin Wey.[1] During that appearance, Your Honor requested a status letter by today's date to update the Court on the progress of our retention as counsel for Mr. Wey in this case. We have been working positively on issues related to our retention since that date, and I currently expect to be able to enter a full appearance at the conference before Your Honor on November 6, 2015. I will alert the Court promptly should any change in that expectation arise before then. I provided the Government with this letter for their review before filing.

Respectfully submitted,

David Siegal

cc: Counsel of record (via ECF)

---

[1] Similarly, in that limited capacity I have agreed to a proposed Protective Order, which the Government will present for your approval shortly.

15413765_1

Haynes and Boone, LLP
Attorneys and Counselors
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
Phone: 212.659.7300
Fax: 212.918.8989
www.haynesboone.com