USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 14 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Benjamin Wey,

           Defendant.

15-cr-611 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A status conference in this case was held on December 14, 2015. At the status conference, the following schedule for the case was set. Any superseding indictment in this case must be filed no later than February 15, 2016. On February 15, 2016, the parties shall submit a letter to the Court either updating the Court on the status of this case, or requesting a status conference. Any motions to be filed by Defendant are due no later than May 27, 2016. If any motions can be filed earlier than that date, the Court encourages Defendant to do so. The Government's opposition to any motions will be due no later than June 24, 2016. Defendant's reply, if any, will be due no later than July 15, 2016. Trial in this case will begin on March 6, 2017.

    The Court finds that the ends of justice served by granting an exclusion from the speedy trial computations from today's date through March 6, 2017, outweigh the interests of the public and the Defendant in a speedy trial in order to allow the parties to produce and review discovery, to prepare and file any anticipated motions, and to prepare for trial.

    SO ORDERED.

Dated: Dec 15, 2015
New York, New York

                                            ALISON J. NATHAN
                                            United States District Judge

1