# haynes*boone*

Direct Phone Number: (212) 659-4995<br>
Direct Fax Number: (212) 884-8230<br>
David.Siegal@haynesboone.com

July 18, 2016

**By ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Benjamin Wey, et al.*, 15-CR-0611 (AJN) (FM)

Dear Judge Nathan:

    We represent defendant Benjamin Wey in the above-captioned action. Pursuant to the Court's Order (Doc. No. 52) we write to request an extension of the time for Mr. Wey to file his reply in further support of his motions to suppress evidence, to dismiss the indictment, and for other relief to Friday, August 12, 2016. The Government consents to this request. No previous request for an extension of this deadline has been made.

    Thank you for your consideration.

Respectfully submitted,<br>
<br>
David Siegal

cc:    Counsel of record (by ECF)

15830995_2

Haynes and Boone, LLP
Attorneys and Counselors
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
Phone: 212.659.7300
Fax: 212.918.8989
www.haynesboone.com