**haynes**boone

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 1 2016

Direct Phone Number: (212) 659-4985
Direct Fax Number: (212) 884-9574
Joseph.lawlor@haynesboone.com

July 20, 2016

<u>Via Email</u>

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The referenced document is an Order that was provided to all parties via e-mail on July 12, 2016 and which is now on the public docket. Dkt. No. 59.

Re: *United States v. Benjamin Wey, et al.*, 15-CR-0611 (AJN) (FM)

Dear Judge Nathan:

We represent defendant Benjamin Wey in the above-captioned action. We write to ask that the Court provide the parties with a description of the sealed document that is the subject of Document Number 56 on the docket.

Thank you for your consideration.

Respectfully submitted,

Joseph Lawlor

SO ORDERED: 7/21/16

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

cc: Counsel of record (via email)

15841026_1

Haynes and Boone, LLP
Attorneys and Counselors
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
Phone: 212.659.7300
Fax: 212.918.8989
www.haynesboone.com