UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

United States of America,                                      :          15-cr-611 (AJN)

-v-                                                            :          ORDER

Benjamin Wey,                                                 :
                              Defendant.                       :
-------------------------------------------------------------- X

ALISON J. NATHAN, District Judge:

     A suppression hearing is currently scheduled for January 23, 2017. Dkt No. 69. A scheduling conflict has arisen with the Court.

     The Court hereby orders that counsel meet and confer and, by December 22, 2016, propose two alternative dates for the hearing during the following week, which starts on January 30, 2017.

     SO ORDERED.

Dated: December 21, 2016
      New York, New York

                             ALISON J. NATHAN
                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: DEC 2 T 2016