AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No.   15-CR-00611 (AJN) |
| BENJAMIN WEY AND SEREF DO GAN ERBEK, | ) | |
| | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Benjamin Wey                                                  .

Date:    01/20/2017                                          Joseph Lawlor
                                                                            *Attorney's signature*

                                                                            Joseph Lawlor
                                                                *Printed name and bar number*
                                                                      HAYNES AND BOONE, LLP
                                                                  30 Rockefeller Plaza, 26th Floor
                                                                      New York, New York 10012

                                                                                  *Address*

                                                                joseph.lawlor@haynesboone.com
                                                                              *E-mail address*

                                                                              (212) 659-4985
                                                                            *Telephone number*

                                                                              (212) 884-9574
                                                                                *FAX number*