

January 20, 2017

**Via ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   **Re:** *United States v. Benjamin Wey, et al.*, 15-CR-0611 (AJN) (FM)

Dear Judge Nathan:

  We write on behalf of our client, Mr. Wey, to notify the Court and the Government that the defense intends to bring several bankers boxes worth of documents to the Courthouse on January 23, 2017 for use during the suppression hearing scheduled by the Court.

       Respectfully submitted,

       David Siegal

cc:  Counsel of record (via ECF)

Haynes and Boone, LLP
Attorneys and Counselors
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
Phone: 212.659.7300
Fax: 212.918.8989
www.haynesboone.com

16094275_1