UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BENJAMIN WEY,<br>    a/k/a "Benjamin Wei,"<br>    a/k/a "Tianbing Wei," *and*<br><br>SEREF DOGAN ERBEK,<br>    a/k/a "Dogan Erbek,"<br><br>                    *Defendants.* | No. 15-CR-611 (AJN) |

**NOTICE OF MOTION**

2

**Federal Rule of Criminal Procedure 12.4 Corporate Disclosure Statement**

Nasdaq, Inc. (formerly known as NASDAQ OMX Group, Inc.) is a publicly traded corporation.  Borse Dubai Limited and Investor AB each own 10% or more of the stock of Nasdaq, Inc.

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, based upon the accompanying Memorandum of Law dated February 1, 2017, nonparty Nasdaq, Inc. will move this Court, before Judge Alison J. Nathan, United States District Judge, on a date to be determined by the Court, for an Order quashing the subpoena served on Nasdaq by defendant Benjamin Wey.  Nasdaq, Inc. will move to quash the subpoena pursuant to Federal Rule of Criminal Procedure 17(c)(2).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to this Court's Local Criminal Rule 49.1, any response in opposition to this motion must be filed and served 14 days from today, or February 15, 2017, and any reply in support of the motion must be filed and served within 7 days of service of the opposition papers.

Dated:  February 1, 2017                                         Respectfully submitted.

/s/  Michael R. Huston
Michael R. Huston
Douglas R. Cox
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 887-3793
Facsimile: (202) 530-9604
mhuston@gibsondunn.com

*Counsel for Nonparty Nasdaq, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 1, 2017, I served by email and first-class mail a copy of the foregoing Notice of Motion, the accompanying memorandum in support, and the accompanying affidavit of Michael Huston pursuant to this Court's Criminal Rule 16.1, on counsel for all parties:

David Mark Siegal
HAYNES AND BOONE, LLP (NY)
30 Rockefeller Plaza
26th Floor
New York, NY 10112
(212) 659-4995
david.siegal@haynesboone.com

*Counsel for Defendant Benjamin Wey*

Michael Ferrara
U.S. Attorney's Office, SDNY (St Andw's)
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2526
michael.ferrara@usdoj.gov

*Counsel for the United States*

/s/  Michael R. Huston
Michael R. Huston
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 887-3793
Facsimile: (202) 530-9604
mhuston@gibsondunn.com

*Counsel for Nonparty Nasdaq, Inc.*