UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

BENJAMIN WEY,
    a/k/a "Benjamin Wei,"
    a/k/a "Tianbing Wei," *and*

SEREF DOGAN ERBEK,
    a/k/a "Dogan Erbek,"

                    *Defendants.*

No. 15-CR-611 (AJN)

**Corrected Motion for Admission
Pro Hac Vice**

---

Pursuant to this Court's Local Rule 1.3, Michael R. Huston hereby moves this Court for and Order for admission to practice Pro Hac Vice to appear as counsel for Nasdaq, Inc. in the above-captioned action.

I am in good standing of the bars of the State of California and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  March 10, 2017                    Respectfully submitted.


                                    */s/  Michael R. Huston*
                                    Michael R. Huston
                                    GIBSON, DUNN & CRUTCHER LLP
                                    1050 Connecticut Avenue, N.W.
                                    Washington, DC 20036-5306
                                    Telephone: (202) 887-3793
                                    Facsimile: (202) 530-9604
                                    mhuston@gibsondunn.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

BENJAMIN WEY,
    a/k/a "Benjamin Wei,"
    a/k/a "Tianbing Wei," *and*

SEREF DOGAN ERBEK,
    a/k/a "Dogan Erbek,"

          *Defendants.*

No. 15-CR-611 (AJN)

---

## AFFIDAVIT OF MICHAEL R. HUSTON
## PURSUANT TO LOCAL RULE 1.3

I, Michael R. Huston, declare as follows:

1.      I am an attorney at Gibson, Dunn & Crutcher LLP in Washington, D.C.  I am a member of the bars of the District of Columbia and California.   I am counsel to Nasdaq, Inc. in connection with *United States v. Wey*, No. 15-CR-611 (S.D.N.Y.).

2.      I submit this affidavit in connection with my application for admission Pro Hac Vice to represent Nasdaq, Inc. in the above-captioned matter.

3.      I have never been convicted of a felony.

4.      I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5.      There are no disciplinary proceedings presently against me.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of March, 2017 in Washington, District of Columbia.

_____
Michael R. Huston

District of Columbia:  SS

Subscribed and sworn to before me, in my presence, this 8th day of march, 2017

Jennifer Gooding
Notary Public, D.C.

My commission expires 1/31/21

2



District of Columbia Court of Appeals
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, *JULIO A. CASTILLO*, Clerk of the District of Columbia Court

of Appeals, do hereby certify that

## MICHAEL ROBERT HUSTON

was on      *MARCH 8, 2013*      duly qualified and admitted as an

attorney and counselor entitled to practice before this Court and is,

on the date indicated below, an active member in good standing of

this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this Court
at the City of Washington, D.C.,
on *FEBRUARY 14, 2017*.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk



# Supreme Court of California

### JORGE E. NAVARRETE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### <u>MICHAEL ROBERT HUSTON</u>

*I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that MICHAEL ROBERT HUSTON, #278488, was on the 1st day of December, 2011, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 9th day of March, 2017.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
*J. Hunter, Senior Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

BENJAMIN WEY,
    a/k/a "Benjamin Wei,"
    a/k/a "Tianbing Wei," *and*

SEREF DOGAN ERBEK,
    a/k/a "Dogan Erbek,"

                *Defendants.*

No. 15-CR-611 (AJN)

**Order for Admission Pro Hac Vice**

      The motion of Michael R. Huston for admission to practice Pro Hac Vice in the above captioned action is granted.

      Applicant has declared that he is a member in good standing of the bar of the State of California and the District of Columbia, and that his contact information is as follows:

      Michael R. Huston
      GIBSON, DUNN & CRUTCHER LLP
      1050 Connecticut Avenue, N.W.
      Washington, DC 20036-5306
      Telephone: (202) 887-3793
      Facsimile: (202) 530-9604
      mhuston@gibsondunn.com

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Nasdaq, Inc. in the above entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____            _____

United States District Judge