UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

BENJAMIN WEY,
    a/k/a "Benjamin Wei,"
    a/k/a "Tianbing Wei," *and*

SEREF DOGAN ERBEK,
    a/k/a "Dogan Erbek,"

               *Defendants.*

No. 15-CR-611 (AJN)

**Order for Admission Pro Hac Vice**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 17 2017

    The motion of Michael R. Huston for admission to practice Pro Hac Vice in the above captioned action is granted.

    Applicant has declared that he is a member in good standing of the bar of the State of California and the District of Columbia, and that his contact information is as follows:

    Michael R. Huston
    GIBSON, DUNN & CRUTCHER LLP
    1050 Connecticut Avenue, N.W.
    Washington, DC 20036-5306
    Telephone: (202) 887-3793
    Facsimile: (202) 530-9604
    mhuston@gibsondunn.com

    Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Nasdaq, Inc. in the above entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 3/17/17

_____
United States District Judge