

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 10, 2017

**BY ECF AND EMAIL**
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Chambers 2102
New York, New York 10007

    Re:    *United States* **v.** *Wey*, **15 Cr. 611 (AJN)**

Dear Judge Nathan:

    The Government respectfully submits this letter to request a 30-day extension of the deadline to appeal the decision issued by the Court on June 13, 2017, suppressing evidence seized pursuant to two search warrants. Pursuant to Rule 4(b)(1)(B)(i) of the Federal Rules of Appellate Procedure, and Title 18, United States Code, Section 3731, the Government must file its notice of appeal within 30 days after the entry of the order being appealed. Accordingly, the Government's deadline to appeal is Thursday, July 13, 2017.

    The Federal Rules of Appellate Procedure provide that "[u]pon a finding of excusable neglect or good cause, the district court may – before or after the time has expired, with or without motion and notice – extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b)." *See* Fed. R. App. P. 4(b)(4). In this case, the Government submits that it has good cause to request the 30-day extension because the decision – either to appeal or not appeal – rests with the Solicitor General's Office, which has not yet reported to this Office (and may not report before the deadline) its final determination as to whether the matter should be appealed. In the absence of an extension, this Office is required by department policy to protect the Government's appellate rights by filing a timely notice of appeal, the effect of which would be to cause the district court and the court of appeals to go to the effort of transferring the district court record and docketing the appellate case; work that would prove to have been unnecessary if the Solicitor General's Office thereafter directs this Office to withdraw the appeal. Accordingly, the Government seeks the requested extension to enable the Solicitor General's Office to complete its review and approval process without the need for such an appeal to be filed.

If the Government's request is agreeable to the Court, we have respectfully enclosed a proposed order for the Court's consideration.

          Respectfully submitted,

          JOON H. KIM
          Acting United States Attorney

By: _____
          Ian McGinley
          Brendan F. Quigley
          Brooke E. Cucinella
          Assistant U.S. Attorneys
          212-637-2203 / 2190 /2477

cc:    David Siegal, Esq. (by ECF)

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :        ORDER

     -v.-                         :        15 Cr. 611 (AJN)

BENJAMIN WEY,                     :

             Defendant.           :

- - - - - - - - - - - - - - - - - -x
```

WHEREAS, the Court issued a decision in the above-referenced matter on June 13, 2017, entered on the same date at Docket No. 114;

WHEREAS, the United States of America, by and through Joon H. Kim, Acting United States Attorney, Brendan F. Quigley, Ian McGinley, and Brooke Cucinella, of counsel, has requested an extension of the 30-day deadline within which to file a Notice of Appeal of that decision as required by Federal Rule of Appellate Procedure 4(b)(1)(B)(i) and 18 U.S.C. § 3731;

WHEREAS, Federal Rule of Appellate Procedure 4(b)(4) provides that "[u]pon a finding of excusable neglect or good cause, the district court may - before or after the time has expired, with or without motion and notice - extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b)";

WHEREAS, the Government requests the extension to enable the Solicitor General to review the Court's decision and determine whether to appeal the decision;

WHEREAS, the Court finds that the Government has demonstrated good cause to extend the time to file a notice of appeal for 30 days;

IT IS HEREBY ORDERED that the Government's deadline to file a notice of appeal is extended by 30 days, until and including August 14, 2017.

Dated:  New York, New York
        July ___, 2017

```
                                    _____
                                    HON. ALISON J. NATHAN
                                    UNITED STATES DISTRICT JUDGE
```

2