# haynes*boone*

Direct Phone Number: (212) 659-4995
Direct Fax Number: (212) 884-8230
david.siegal@haynesboone.com

July 14, 2017

**By ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The Court so orders the deadlines as set forth below.
>
> SO ORDERED.

Re:   *United States v. Benjamin Wey, et al.*, 15-CR-0611 (AJN)

Dear Judge Nathan:

We respectfully submit this letter pursuant to the Court's Opinion and Order of June 13, 2017 (the "June 13 Order"), and in particular the portion in which the Court Ordered that the parties meet and confer and jointly submit a letter proposing a schedule to govern all remaining pretrial proceedings.

Having met and conferred, the parties jointly propose the following additional deadlines:

(a)   Motions *in limine* to be filed no later than **September 8, 2017**;
(b)   Opposition papers to motions *in limine*, no later than **September 15, 2017**;
(c)   Replies on motions *in limine* not later than **September 20, 2017**;
(d)   Proposed requests to charge, proposed *voir dire* (including any proposed jury questionnaires) and proposed verdict form, no later than **September 18, 2017**.

] So Ordered.

For context, we note that the Court has previously ordered the following:

- **August 3, 2017:** deadline for the Government to produce and identify to the defense all documents which it intends to introduce at trial to demonstrate a misstatement, omission, or wire communication in support of the substantive securities fraud and wire fraud charges;

- **September 2, 2017:** deadline for the Government to provide its witness list, exhibit list and Jencks' Act (18 U.S.C. § 3500) material.

The Government has also agreed to provide:

SO ORDERED: 7/17/17

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

16326324_4

Haynes and Boone, LLP
Attorneys and Counselors
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
Phone: 212.659.7300
Fax: 212.918.8989
www.haynesboone.com

# haynes*boone*

Hon. Alison J. Nathan
July 14, 2017
Page 2

(a) pre-trial notice under F.R.E. 404(b) of its intent to introduce at trial evidence alleging Defendant's commission of other crimes, wrongs, acts and misconduct, and requested that the Government provide Defendant with a list of all such evidence, including without limitation names of witnesses, summaries of expected testimony, and any related documentary evidence, by **August 10, 2017**, and

(b) a written summary, pursuant to Fed. R. Crim. P. Rule 16(a)(1)(G), of any testimony that the Government intends to use under Rules 702, 703 or 705 of the Federal Rules of Evidence during its case-in-chief at trial no later than **September 1, 2017**.

The defense will provide reciprocal expert disclosure pursuant to Rule 16(b)(1)(C)(i) no later than **September 8, 2017**.

Respectfully submitted,

/s/ David Siegal
David Siegal

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 1 7 2017
```

16326324_4