

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 1, 2017

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Chambers 2102
New York, New York 10007

Re:  United States v. Wey, 15 Cr. 611 (AJN)

Dear Judge Nathan:

The Government respectfully submits this letter in advance of the August 2, 2017 deadline for the Government to identify and provide to the defendant all documents it intends to introduce at trial to demonstrate a misstatement, omission, or wire communication in support of the substantive securities fraud counts.

The Government requests a one-week adjournment of the August 2 deadline because we are awaiting a decision from the Office of the Solicitor General (the "OSG") on whether the Government will appeal the Court's June 14, 2017 Order suppressing evidence in this case. We expect to receive a decision from the OSG by August 4, 2017. If the Government does not appeal the decision, we will likely dismiss the indictment. Accordingly, the Government requests a one-week adjournment of the August 2, 2017 deadline.  SO ORDERED

Respectfully submitted,

JOON H. KIM
Acting United States Attorney

By:  /s/ Brooke E. Cucinella
Ian McGinley
Brendan F. Quigley
Brooke E. Cucinella
Assistant U.S. Attorneys
212-637-2203 / 2190 /2477

SO ORDERED: 8/2/17
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Cc:  David Siegal, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 0 2 2017